IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK A. BOKIN, P-67026, | ) | |
| Petitioner, | ) | No. C 14-3329 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| STU SHERMAN, Acting Warden, | ) | (Dkt. #2 & 5) |
| Respondent. | ) | |

Petitioner, a state prisoner currently incarcerated at the California Substance Abuse Treatment Facility and State Prison, Corcoran, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254. His first petition was denied on the merits on October 26, 2004. See Bokin v. Adams, No. C 03-5619 CRB (PR) (N.D. Cal. Oct. 26, 2004) (order denying petition for writ of habeas corpus).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

1 | Based solely on his affidavit of poverty, petitioner's application for leave
2 | to proceed in forma pauperis (dkt. # 2 & 5) is GRANTED.
3 | The clerk shall enter judgment in accordance with this order and close the
4 | file.
5 | SO ORDERED.
6 | DATED:  Dec. 5, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.14\Bokin, J.14-3329.dismissal.wpd

2